August 20, 2010

Mr. Russell S. Post
Beck Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Ms. Jacalyn D Scott
Wilshire & Scott, P.C.
1221 McKinney Street, Suite 3000
Houston, TX 77010

RE: Case Number: 08-0148
 Court of Appeals Number: 14-05-00215-CV
 Trial Court Number: 2002-41615

Style: REGAL FINANCE COMPANY, LTD. AND REGAL FINANCE COMPANY II, LTD.
 v.
 TEX STAR MOTORS, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Ed Wells |
| |Mr. Eugene B. |
| |Wilshire Jr. |
| |Ms. Theresa Chang |